IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER BRIAN MORRISON,

       Plaintiff,

v.                                CASE NO. 5:08cv253-SPM/EMT

WALTER A. MCNEIL,

       Defendant,

_____/

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AND DENYING CERTIFICATE OF APPEALABILITY

THIS CAUSE comes before the Court on Petitioner's Motion for Certificate of Appealability (doc. 52), Motion for Leave to Appeal In Forma Pauperis (doc. 55), and Motion to Extend Time to File Financial Statement (doc. 56). For the following reasons, the Motion to Extend Time will be granted and the Motion for Certificate of Appealability and Motion for Leave to Appeal In Forma Pauperis will be denied.

The standard for appealing in forma pauperis requires that the appeal be taken in good faith. 28 U.S.C. § 1915(a)(3). Good faith in this context is measured objectively. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). This Court now certifies that Petitioner's appeal is not taken in objective good

faith.  Petitioner's arguments are based on a misunderstanding of the law,
particularly in regard to the "actual innocence" exception to the exhaustion
requirements for habeas corpus petitions.

The standard for obtaining a certificate of appealability is higher than the
standard for proceeding in forma pauperis.  Petitioner must make a
"substantial showing of the denial of a constitutional right."  28 U.S.C. §
2253(c)(2).  This standard is met if the petitioner can show that reasonable jurists
could differ as to the issues in the case or if the issues have sufficient merit to
deserve encouragement to appeal.  <u>Slack v. McDaniel</u>, 529 U.S. 473, 484
(2000).  The issues in this case are not debatable among reasonable jurists and
the issues do not deserve encouragement to appeal.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1.      The Motion to Extend Time to File Financial Statement (doc. 56) is
        granted. The Petitioner's Affidavit (doc. 57) is accepted as timely
        filed.

2.      The Motion for Certificate of Appealability (doc. 52) and Motion for
        Leave to Appeal In Forma Pauperis (doc. 55) are denied.

DONE AND ORDERED this <u>nineteenth</u> day of July, 2010.

_s/ Stephan P. Mickle_

Stephan P. Mickle
Chief United States District Judge